By notice dated March 25, appeal dismissed; the court's opinion in *State v. Barnes*, 261 Or App 586, 323 P3d 545 (2014), is vacated; judgment of conviction vacated May 19, 2014

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

WENDELL B. BARNES,
aka Wendell Burton Barnes,
*Defendant-Appellant.*

Marion County Circuit Court
110646752; A149393

327 P3d 571

## ORDER VACATING OPINION AND JUDGMENT AND DISMISSING APPEAL

By notice dated March 25, 2014, and, consistent with ORAP 8.05, counsel for appellant notified the court that appellant had died. Counsel moves to dismiss the appeal and to vacate the court's opinion, and the judgment of conviction. The motion is granted. *State v. Hemenway*, 353 Or 498, 501-06, 302 P3d 413 (2013) (vacating opinion and judgment of conviction when the defendant died before the court issued its decision).

Appeal dismissed; the court's opinion in *State v. Barnes*, 261 Or App 586 (2014), is vacated; judgment of conviction vacated.

May 19, 2014                    Darleen Ortega
                               Presiding Judge